| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | RICHARD ANTHONY PACLI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-272-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE AND** |
| | ) | **EXCLUDING TIME** |
| RICHARD ANTHONY PACLI, | ) | |
| | ) | Date: September 17, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RICHARD ANTHONY PACLI, that the status conference date of August 13, 2012, be vacated, and the matter be set for status conference on September 17, 2012, at 9:30 a.m.

The reason for the continuance is that counsel has just begun working with an investigator on collecting information relating to bail review so that she may properly advise Mr. Pacli regarding the viability of a bail review motion. Defense counsel also has a discovery request pending and anticipates that discovery will be propounded shortly. Defense counsel will require time to review the discovery and discuss it with Mr. Pacli.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including September 17, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon the need for defense preparation. The parties further stipulate that the Court shall find that the ends of justice to be served

1 | by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

2 | DATED: August 9, 2012.    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for RICHARD PACLI

BENJAMIN B. WAGNER
United States Attorney

/s/ Courtney Fein for
SAMUEL WONG
Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 13, 2012, status conference hearing be continued to September 17, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the date of the parties' stipulation, August 9, 2012, up to and including the September 17, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE