JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
RICHARD ANTHONY PACLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-272-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE AND** |
| | ) | **EXCLUDING TIME** |
| RICHARD ANTHONY PACLI, | ) | |
| | ) | Date: May 13, 2013 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RICHARD ANTHONY PACLI, that the status conference date of March 25, 2013, be vacated, and the matter be set for status conference on May 13, 2013, at 9:30 a.m.

The reason for this continuance is that defense counsel requires additional time to discuss the case in detail with Mr. Pacli specifically the potential consequences of electing to proceed to jury trial in contrast to the potential consequences of a plea. Counsel must also continue investigating the facts of the case and preparing for trial in the event that the case proceeds to trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of the parties' stipulation of March 19, 2013 through and including May 13, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon the need for defense preparation. The parties further stipulate that the Court shall find that the ends of justice to be served by granting a

continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 20, 2013.   Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for RICHARD PACLI


BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Courtney Fein for
SAMUEL WONG
Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 25, 2013, status conference hearing be continued to May 13, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the date of the parties' stipulation, March 19, 2013, up to and including the May 13, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   March 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE