| | |
|---|---|
| 1 | HEATHER WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | RICHARD ANTHONY PACLI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-272-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| | ) | **CONTINUING STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDING TIME** |
| | ) | |
| RICHARD ANTHONY PACLI, | ) | Date: June 3, 2013 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RICHARD ANTHONY PACLI, that the status conference date of May 13, 2013, be vacated, and the matter be set for status conference on June 3, 2013, at 9:30 a.m.

Defense counsel represents the reason for this continuance is that additional time is needed because Mr. Pacli is in the process of discussing his case with private counsel and considering a change of his attorneys. Private counsel also needs to discuss Mr. Pacli's case with current appointed defense counsel in detail, in particular, the potential consequences of electing to proceed to jury trial in contrast to the potential consequences of resolving this case by guilty plea pursuant to a settlement suggestion that the prosecutor has discussed with current appointed defense counsel. In addition, any defense counsel, whoever Mr. Pacli chooses to represent him, needs additional time to continue investigating the facts of the case and preparing for trial

1 | in the event that the case proceeds to trial.

2 |      Based upon the foregoing, the parties agree that computation of time within which the trial of this case must be commenced under the Speedy Trial Act should be excluded from the date of the parties' stipulation of May 9, 2013, through and including the new June 3, 2013, status conference, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4, both pertaining to obtaining defense counsel and reasonable time for defense counsel to prepare. The parties further stipulate that the Court shall find that the ends of justice to be served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 10, 2013.

Respectfully submitted,

HEATHER WILLIAMS
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for RICHARD PACLI


BENJAMIN B. WAGNER
United States Attorney

By: /s/ Courtney Fein for
SAMUEL WONG
Assistant United States Attorney

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 13, 2013, |
| 3 | status conference hearing be continued to June 3, 2013, at 9:30 a.m.  Based on the representation of defense |
| 4 | counsel and good cause appearing therefrom, the Court hereby finds that:  (1) additional time is needed for |
| 5 | defendant to consider staying with current appointed defense counsel or retaining new private counsel and |
| 6 | deciding which attorney will represent him; and (2) the failure to grant a continuance in this case would deny |
| 7 | defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence. |
| 9 | The Court finds that the ends of justice to be served by granting a continuance outweigh the best |
| 10 | interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the date of |
| 11 | the parties' stipulation, May 9, 2013, up to and including the June 3, 2013 status conference shall be excluded |
| 12 | from computation of time within which the trial of this matter must be commenced under the Speedy Trial |
| 13 | Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 [obtaining defense counsel and |
| 14 | reasonable time for defense counsel to prepare].. |

Dated: May 10, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE