1 HEATHER WILLIAMS, Bar #122664
Federal Defender
2 COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 (916) 498-5700

5 Attorney for Defendant
RICHARD ANTHONY PACLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-12-272-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| RICHARD ANTHONY PACLI, | Date: August 19, 2013 |
| Defendant. | Time: 9:30 a.m. Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RICHARD ANTHONY PACLI, that the status conference date of June 3, 2013, be vacated, and the matter be set for status conference on August 19, 2013, at 9:30 a.m.

Defense counsel represents the reason for this continuance is that additional time is needed because Mr. Pacli is in the process of discussing his case with private counsel and considering a change of his attorneys. Mr. Pacli's family also discussing financial issues to pay for a retained attorney. Private counsel also needs to discuss Mr. Pacli's case with current appointed defense counsel in detail, in particular, the potential consequences of electing to proceed to jury trial in contrast to the potential consequences of resolving this case by guilty plea pursuant to a settlement suggestion that the prosecutor has discussed with current appointed defense counsel. In addition, any defense counsel, whoever Mr. Pacli chooses to represent him,

needs additional time to continue investigating the facts of the case and preparing for trial in the event that the case proceeds to trial. Further, the performance of these tasks by current defense counsel is made more difficult as she is unavailable during May 28-31, 2013, and much of July 2013, due to another scheduled court matter and two furlough days set for Mondays.

Based upon the foregoing, the parties agree that computation of time within which the trial of this case must be commenced under the Speedy Trial Act should be excluded from the date of the parties' stipulation of May 30, 2013, through and including the new August 19, 2013, status conference, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4, pertaining to obtaining defense counsel, continuity of defense counsel, and reasonable time for defense counsel to prepare. The parties further stipulate that the Court shall find that the ends of justice to be served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 31, 2013.          Respectfully submitted,

                                    HEATHER WILLIAMS
                                    Federal Public Defender

                                    /s/ Courtney Fein
                                    COURTNEY FEIN
                                    Designated Counsel for Service
                                    Attorney for RICHARD PACLI

                                    BENJAMIN B. WAGNER
                                    United States Attorney

By:    /s/ Courtney Fein for
       SAMUEL WONG
       Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 3, 2013, status conference hearing be continued to August 19, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that: (1) additional time is needed for defendant to consider staying with current appointed defense counsel or retaining new private counsel and deciding which attorney will represent him; (2) additional time is needed to assure continuity of defense counsel; and (3) the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the date of the parties' stipulation, May 30, 2013, up to and including the August 19, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 [obtaining defense counsel, continuity of defense counsel, and reasonable time necessary for defense counsel to prepare].

Dated: May 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE